UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL BEST,

                 Plaintiff,

      -against-                                       04 Civ. 8213 (LAK)

CORRECTIONAL OFFICER BRIDGEWATER, et al.,

                 Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The Court will treat plaintiff's request to reopen the case, which was settled in November 2007, as a motion, pursuant to Fed. R. Civ. P. 60(b), for relief from the order of dismissal. Defendants shall respond on or before September 24, 2008.

      SO ORDERED.

Dated:     September 3, 2008

                                                          Lewis A. Kaplan
                                                United States District Judge